005250

Order entered December 12, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00377-CR

### MANUEL LEIS PEREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F10-31001-J**

## ORDER

The Court **GRANTS** the State's November 28, 2012 motion to extend the page limitation for the State brief.

The State's brief page limit shall be extended from **FIFTY (50)** pages to **FIFTY-FOUR (54)** pages.

DAVID L. BRIDGES
JUSTICE